## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| **1960 FAMILY PRACTICE PA,** | § | **Bankruptcy No. 20-35493** |
| | § | **Chapter 7** |
| *Debtor.* | § | |
| | § | |
| WFMC 2016-C 34 Northwest Freeway, | § | |
| LLC, as successor in interest to Cypress | § | |
| MOB, LLC, | § | |
| *Claimant,* | § | |
| | § | |
| v. | § | Objection to Claim no. 41-2 |
| | § | |
| Doctors Hospital 1997 LP d/b/a United | § | |
| Memorial Medical Center, | § | |
| *Respondent.* | § | |

---

### OBJECTION TO PROOF OF CLAIM

---

THIS IS AN OBJECTION TO YOUR CLAIM. THE OBJECTING PARTY IS ASKING THE COURT TO DISALLOW THE CLAIM THAT YOU FILED IN THIS BANKRUPTCY CASE. YOU SHOULD IMMEDIATELY CONTACT THE OBJECTING PARTY TO RESOLVE THE DISPUTE. IF YOU DO NOT REACH AN AGREEMENT, YOU MUST FILE A RESPONSE TO THIS OBJECTION AND SEND A COPY OF YOUR RESPONSE TO THE OBJECTING PARTY WITHIN 30 DAYS AFTER THE OBJECTION WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE OBJECTION IS NOT VALID. IF YOU DO NOT FILE A RESPONSE WITHIN 30 DAYS AFTER THE OBJECTION WAS SERVED ON YOU, YOUR CLAIM MAY BE DISALLOWED WITHOUT A HEARING.

A HEARING HAS BEEN SET ON THIS MATTER ON WEDNESDAY, JANUARY 11, 2023 AT 9:00 A.M. DUE TO COVID-19 PROTOCOLS, THIS HEARING MAY BE CONDUCTED ELECTRONICALLY. TO PARTICIPATE BY TELEPHONE, THE TELEPHONE NUMBER IS 832-917-1510, AND THE CONFERENCE CODE IS 990276. VIDEO MAY BE ACCESSED AT https://www.gotomeet.me/JudgeRodriguez. COMPLETE INSTRUCTIONS FOR ESTABLISHING A CONNECTION ARE AT JUDGE RODRIGUEZ'S WEB PAGE AT https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-eduardo-v-rodriguez.

TO THE HONORABLE EDUARDO V. RODRIGUEZ:

DocuSign Envelope ID: FE4BAA76-6988-43C3-B466-50A575B55E65

Doctors Hospital 1997 LP d/b/a United Memorial Medical Center ("UMMC"), a party in interest, objects to the Amended Proof of Claim (Claim no. 42-2) filed by WFMC 2016-C 34 Northwest Freeway, LLC, as successor in interest to Cypress MOB, LLC. In support of this objection, UMMC respectfully shows:

## I.
## Jurisdiction & Venue

1.      This is a contested matter involving a Proof of Claim filed in a bankruptcy case. This Court properly has original and exclusive jurisdiction over this contested matter pursuant to 28 U.S.C. § 1334(a); *see also* 28 U.S.C. §§ 151 (designating this Court as a unit of the United States District Court for the Southern District of Texas), 157(a) (allowing district courts to refer matters to the bankruptcy courts), General Order 2012-6 (S.D. Tex. May 24, 2012), *available at* http://www.txs.uscourts.gov/district/genord/2012/2012-06.pdf (referring all cases and proceedings arising under, arising in, or related to a case under Title 11, United States Code to the Bankruptcy Courts of the District). This is a core proceeding because this matter involves the allowance or disallowance of claims against the Estate. 28 U.S.C. § 157(b)(2)(B). Therefore, this Court may properly enter any final orders regarding this claim objection.

2.      At this time, no counterclaims are being asserted against the Claimant; therefore, the Constitutional prohibition of this Court making final orders arising out of any such counterclaims is not implicated. *See Stern v. Marshall*, 564 U.S. 462, 502–03 (holding that 28 U.S.C. § 157(b)(2)(C), which authorizes bankruptcy judges to issue final judgments in counterclaims by a debtor's estate against entities filing claims against the estate, is an unconstitutional delegation of

Article III authority to bankruptcy judges). To the extent any consent is required, the UMMC

hereby consents to the entry of final orders in this claim objection by the Bankruptcy Court.

3.      Venue is proper pursuant to 28 U.S.C. § 1408.

## II.
## Proof of Claim

4.      On April 14, 2022, WFMC 2016-C 34 Northwest Freeway, LLC, as successor in

interest to Cypress MOB, LLC, Ally Bank Lease Trust ("WFMC") filed an Amended Proof of

Claim (Claim no. 41-2). WFMC asserted a general, unsecured claim totaling $1,103,464.59. The

basis of this claim is for unpaid rent and related charges arising from two leases for office space that

expired on September 30, 2020. A copy of this proof of claim is attached as **Exhibit 2**.

## III.
## Basis for Objection

5.      UMMC, objects to this claim on the basis that: (a) WFMC failed to take reasonable

steps to mitigate its damages following Debtor's breach of the two lease agreements, and

(b) WFMC has failed to provide any evidence to substantiate the attorneys' fees, court costs, costs

for keys and furniture removal, foreclosure costs, and interest as set forth in the Proof of Claim.

6.      WFMC failed to exercise reasonable efforts to minimize its damages arising from

Debtor's breach of the two lease agreements forming the basis of its Proof of Claim. *See Great

American Ins. v. North Austin MUD*, 908 S.W.2d 415, 426 (Tex. 1995). Moreover, WFMC was re-

quired to mitigate its damages even if it had to incur a slight expense or reasonable effort to relet

the leased premises. *See Atrium Med. Ctr. LP v. Houston Red C LLC*, 595 S.W.3d 188, 197 n.40 (Tex.

2020).

7.     Additionally, WFMC seeks additional charges besides unpaid rent, which can be calculated from the notices of default, the lease agreements, and their amendments contained within documents filed with the Proof of Claim. What cannot be determined are WFMC's claims for anything other than past-due rent. The only support for $282,625.07 of WFMC's claim is the following chart:

**Account Supplemental Data**

**Bankruptcy Rule 3001(c)(2) Balance Itemization**

| | |
|---|---|
| $458,984.46 | Lease 1 |
| $361,855.06 | Lease 2 |
| $40,000.00 | Attorney's Fees |
| $5,000.00 | Court Costs |
| $13,311.00 | Keys, Furniture removal, etc |
| $15,000.00 | Will McDermott Emery Foreclosure |
| $209,314.07 | Interest |

| | |
|---|---|
| $1,103,464.59 | Total Claim Amount |

| | |
|---|---|
| $820,839.52 | Principal |

| | |
|---|---|
| $209,314.07 | Interest |

| | |
|---|---|
| $55,000.00 | Fees |

| | |
|---|---|
| $18,311.00 | Costs |

(ECF no. 41-2, p. 4).

8.     Accordingly, the Court should disallow all, or part, of the proof of claim filed by WFMC.

## IV.
## Declaration

9.      The Declaration of Ravishankar Mallapuram, verifying the facts stated in this Objection is attached as **Exhibit 1**, and its contents are incorporated herein by reference.

WHEREFORE, premises considered, Doctors Hospital 1997 LP d/b/a United Memorial Medical Center, respectfully requests that this Court sustain this objection and grant all such further relief which is just.

Respectfully Submitted,

**Pendergraft & Simon, LLP**

*/s/ William P. Haddock*
Leonard H. Simon
  Texas Bar No. 18387400
  S.D. Tex. Adm. No. 8200
William P. Haddock
  Texas Bar No. 00793875
  S.D. Tex. Adm. No. 19637
2777 Allen Parkway, Suite 800
Houston, TX 77019
Tel. (713) 528-8555
Fax. (713) 868-1267

*Counsel for Doctors Hospital 1997 LP*
*d/b/a United Memorial Medical Center*

## Certificate of Service

I hereby certify that a true and correct copy of the above Objection to Proof of Claim has been served on the following counsel/parties of record in accordance with the Fed. R. Bankr. P. 9013, BLR 9013 and local rules for ECF service on this __29th__ day of November, 2022:

All Counsel/parties appearing electronically via ECF.

Claimant via first-class mail, postage prepaid:

> WFMC 2016-C34 Northwest Freeway, LLC
> Successor in Interest to Cypress MOB, LLC
> c/o Gordon Lusky, LLP
> Houston, TX 77027

Twenty largest general, unsecured creditors, excluding insiders via first-class mail, postage prepaid:

| | | |
|---|---|---|
| Staples Technology/Daneen Lotsey<br>1096 East Newport Ctr. Dr., Suite 300<br>Deerfield Beach, FL 33442 | Welltrack One<br>c/o John R.C. Bowen<br>Laughlin & Bowden, PC<br>Hilton Head Island, SC 29925 | McKesson Medical-Surgical, Inc.<br>c/o Stephanie Hampton<br>5651 Gateway Parkway<br>Jacksonville, FL 32256 |
| Ambassador Servcies, Inc.<br>11710 North Freeway, Suite 100<br>Houston, TX 77060-3708 | Department of State Health Services<br>Tayrn Lam HHSC<br>701 West 51st St., MC-W252<br>Austin, TX 78751 | UnitedHealthcare Ins. Co.<br>Attn: CDM/Bankruptcy<br>185 Asylum St. – 03B<br>Hartford, CT 06013 |
| Pitney Bowes, Inc.<br>27 Waterview Dr., 3rd Floor<br>Shelton, CT 06484 | Canon Medical Systems<br>c/o RMC<br>400 W. Cummings Park<br>Woburn, MA 01801 | Laboratory Corp. of America<br>PO Box 12140<br>Burlington, NC 27216 |
| White Plume<br>Two Metroplex Dr., Suite 310<br>Birmingham, AL 35209 | M2 Lease<br>175 N. Patrick Blvd., Suite 140<br>Brookfield, WI 53045 | Houston's Courier<br>2102 Alabama<br>Houston, TX 77004 |
| Henry Schein, Inc.<br>Dept. CH 10241<br>Palatine, IL 60055-0241 | Texas Emergency Room Servcies, PA<br>c/o Allan B. Diamond<br>Diamond McCarthy, LLP<br>909 Fannin, 37th Floor<br>Houston, TX 77010 | KME Holdings, LLC<br>5502 Merrywring Circle<br>Austin, TX 78730 |
| US Retailers LLC d/b/a Cirro Energy<br>PO Box 1046<br>Attn: Bankruptcy Dept.<br>Houston, TX 77251-9995 | Stefan Gray<br>17422 Edenway Drive<br>Spring, TX 77379 | Cypress MOB, LLC<br>c/o Yonatan Z. Gerber<br>Gerber & Most, PLLC<br>5555 West Loop South, Suite 400<br>Houston, TX 77401 |
| Physicians Alliance of Red Oak, LP<br>5037 FM 2929<br>Spring, TX 77388 | Montgomery County<br>c/o Tara L. Grundemeier<br>Linebarger, Goggan, Blair & Sampson<br>PO Box 3064<br>Houston, TX 77253-3064 | |

DocuSign Envelope ID: FE4BAA76-6088-43C3-B466-B0A575B55E65

/s/ William P. Haddock
William P. Haddock

DocuSign Envelope ID: FE4BAA76-6988-43C3-B466-B0A575B55E65

### Exhibit 1

### DECLARATION UNDER PENALTY OF PERJURY

I, RAVISHANKAR MALLAPURAM, HEREBY DECLARE, UNDER PENALTY OF PER-
JURY, THE FOLLOWING:

1. My name is Ravishankar Mallapuram, and I am over the age of 18 and have never
   been convicted of a felony or a crime of moral turpitude. I am a Managing Mem-
   ber of Doctors Hospital 1997 LP d/b/a United Memorial Medical Center
   ("UMMC"), a party in interest, in the bankruptcy case in which this claim ob-
   jection is filed. I am duly authorized by the UMMC to make this Declaration.

2. I have read the above and foregoing Objection to Proof of Claim. The facts stated
   in Objection to Proof of Claim and in this Declaration under Penalty of Perjury
   are within my personal knowledge and they are true and correct.

SIGNED   11/16/2022

DocuSigned by:

*M. Ravi*

143A85E1D01F410...

Ravishankar Mallapuram