IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | Case No: 20-35493 |
| 1960 FAMILY PRACTICE, PA | § § | |
| | § | Chapter 7 |
| Debtor | § | |

### CREDITOR'S WITNESS/EXHIBIT LIST
[Ref. Doc. No. 106]

| | |
|---|---|
| **FACT WITNESSES:**<br>1. Yoni Gerber<br>2. Ravishankar Mallapuram<br>3. Dr. Le<br>4. WFMC Representative – Jose Bello<br>5. Eva Englehart<br>6. Miriam Goott<br>7. Johnie Patterson<br>8. Michelle Friery<br>9. Mahvish Khan<br>10. Kimm Woods<br>11. Elana Bakina<br>12. Bernard Monderer<br>13. Any Witness Called by Any Other Party | Judge: Rodriguez<br>Hearing Date: January 13, 2023 at 3:00 p.m.<br>Party Name: WFCM 2016-C34 Northwest Freeway<br>Attorney's Name: Benjamin Lusky<br>Attorney's Phone: 713-589-4822<br><br><br><br><br><br><br><br><br>Nature of Proceeding: Objection to Claim No. 41 [Doc. No. 106] |

Creditor reserves right to call additional witnesses.

### EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Debtor's bank statements 7-2019 | | | | |
| 2 | Debtor's bank statements 8-2019 | | | | |
| 3 | Business Records Affidavit | | | | |
| 4 | Asset Purchase Agreement | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 5 | Payment of $500k per APA | | | | |
| 6 | Notice of Foreclosure | | | | |
| 7 | Substitute Trustee's Deed to WFCM (6-1-2021) | | | | |
| 8 | Debtor's Schedules | | | | |
| 9 | Demonstrative Exhibit based on Debtor's Schedules | | | | |
| 10 | WFMC – POC | | | | |
| 11 | Sale Order | | | | |
| 12 | Complaint Filed by Trustee Against UMMC | | | | |
| 13 | Answer filed by UMMC | | | | |
| 14 | Claim Objection filed by UMMC 11-16-2022 | | | | |
| 15 | Trustee's Response to Claim Objection | | | | |
| 16 | WMFC's Response to Claim Objection | | | | |
| 17 | UMMC Responses to Interrogatories – State Court | | | | |
| 18 | UMMC Responses to RFA – State Court | | | | |
| 19 | Debtor's Responses to RFA from Landlord in State Court Litigation (Signed by Dr. Le) | | | | |
| 20 | RFA from WFCM – Exhibit A | | | | |
| 21 | RFA from WFCM – Exhibit B | | | | |
| 22 | RFA From WFCM – Exhibit E | | | | |
| 23 | RFA From WFCM – Exhibit F | | | | |
| 24 | UMMC Responses to Discovery from Trustee (RFA) | | | | |
| 25 | UMMC Responses to Discovery from Trustee (Interrogatories) | | | | |
| 26 | 11-2019 and 12-2019 Invoice Suite 500 | | | | |
| 27 | 11-2019 and 12-2019 Invoice Suite 900 | | | | |

Witness and Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 28 | General Ledger from Landlord | | | | |
| 29 | Lease Ledger from Landlord | | | | |
| 30 | Expense General Ledger | | | | |
| 31 | Gerber Law Firm Invoices | | | | |
| 32 | Communication with brokers | | | | |
| 33 | Covid Orders | | | | |
| 34 | Houston Chronicle Articles (10-2-2020) | | | | |
| 35 | Houston Chronicle Articles (6-2021) | | | | |
| 36 | Email from Debtor 12-3-2019 | | | | |
| 37 | Deposition transcript of Ravi Mallapuram and Exhibits from deposition | | | | |
| 38 | Dr. Le Deposition transcript 7-8-2022 | | | | |
| 39 | Dr. Le Deposition transcript 6-7-2022 | | | | |
| 40 | Dr. Le Deposition transcript 5-19-2022 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | **Rebuttal/Impeachment Exhibits** | | | | |
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |