United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| 1960 FAMILY PRACTICE, PA § | CASE NO. 20-35493 |
| DEBTOR § | (Chapter 7) |
| § | |

### AGREED ORDER RESOLVING OBJECTION TO CLAIM
(Relates To ECF No. 106)

By agreement of the Parties, it is

**ORDERED** that the Proof of Claim No. 41 filed by WFCM 2016-C34 Northwest Freeway, LLC ("**WFCM**") is an allowed unsecured claim in the total amount of $950,000.00 ("**Allowed Claim**"), and it is further.

**ORDERED** that except as provided in this Agreed Order, the Parties are estopped from challenging the merits or the amount of the Allowed Claim in any pending or future proceedings.

Notwithstanding the above, it is further **ORDERED** that this Agreed Order is without prejudice, and shall not be subject to *res judicata* or collateral estoppel, with respect to Doctors Hospital 1997 d/b/a United Memorial Medical Center's ("**UMMC**") current affirmative defenses in Adversary No. 22-03126 which include: (1) Mistake, (2) Impossibility of Performance, and (3) Failure to Mitigate Damages.

Signed: January 12, 2023

_____
Eduardo V. Rodriguez
Chief Judge
United States Bankruptcy Court

**AGREED AS TO FORM AND CONTENT:**

*By: /s/ Miriam Goott*
Miriam Goott
SBN 24048846
P.O. Box 61301
Houston, TX 77208
713.956.5577 (telephone)
713.956.5570 (fax)
mgoott@walkerandpatterson.com
**COUNSEL FOR THE TRUSTEE**


/s/ *Leonard H. Simon*
Leonard H. Simon
Texas Bar No. 18387400
S.D. Tex. Adm. No. 8200
2777 Allen Parkway, Suite 800
Houston, TX 77019
Tel. 713-528-8555
Fax. 713-868-1267
lsimon@pendergraftsimon.com
**Counsel for Doctors Hospital 1997 d/b/a**
**United Memorial Medical Center**


*/s/ Yonaton Gerber*
Texas Bar No. 24055544
5555 West Loop South
Suite 400
Bellaire, TX 77401
ygerber@thegerberlawfirm.com
Tel. 832-767-1065
Fax 832-767-1686
**COUNSEL FOR WFCM 2016**
**NORTHWEST FREEWAY, LLC**
**AND AS SUCCESSOR IN INTEREST**
**TO CYPRESS MOB, LLC**