# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| § | Case No. 20-35493 |
| 1960 FAMILY PRACTICE, P.A., § | (Chapter 7) |
| § | |
| § | |
| Debtor. § | |

### DR. HUONG LE'S WITNESS/EXHIBIT LIST
**[Ref. Doc. No. 126]**

| Witnesses: | Judge: Eduardo V. Rodriguez |
|---|---|
| | Courtroom Deputy: |
| Dr. Huong Le | Hearing Date: April 4, 2023 |
| K.C. Curtis, VP Independent Financial | Hearing Time: 8:30 a.m. |
| Eva S. Engelhart, Chapter 7 Trustee | Party's Name: Dr. Huong Le |
| | Attorney's Name: Matthew B. Probus |
| | Attorney's Phone: (713) 258-2700 |
| | Nature of Proceeding: Hearing on Order to Show Cause (Doc. No. 126). |

| Ex # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Order to Show Cause (Doc. No. 126) | | | | |
| 2 | Balloon Real Estate Lien Note dated August 23, 2016 | | | | |
| 3 | First Modification of Note, Deed of Trust, and Other Loan Agreements | | | | |
| 4 | Letter dated March 3, 2022, to Medical Village of Cypress Creek, LP confirming the loan has been paid in full | | | | |
| 5 | Release of Lien dated February 10, 2022 | | | | |
| 6 | Loan History Record of Loan No. 8012159 with Medical Village of Cypress Creek, LP | | | | |

| Ex # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 7 | Subpoena of KC Curtis and Return of Service | | | | |

DATED: March 30, 2023

**THE PROBUS LAW FIRM**

By: /s/ Matthew B. Probus
  **Matthew B. Probus**
  TBA#16341200
  Fed. I.D. No. 10915

10497 Town & Country Way, Suite 930
Houston, Texas 77024
(713) 258-2700 (Telephone)
(713) 258-2701 (Facsimile)
matthewprobus@theprobuslawfirm.com

*ATTORNEYS FOR DR. HUONG LE*